# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,** *Plaintiff* | § § § § | |
| **-vs-** | § § | **W-18-CV-00308-ADA** |
| **ROKU, INC.,** *Defendant* | § § § | |

## ORDER DENYING MOTION TO DISMISS

Came on for consideration this date the Motion of Defendant Roku, Inc., filed on December 12, 2018, (ECF No. 26). Plaintiff MV3 Partners, LLC filed a response on December 19, 2018, (ECF No. 29). Defendant filed a Reply on December 21, 2018, (ECF No. 33). The Court will be holding a scheduling conference in the near future at which time the Court will enter a scheduling order that sets a deadline for Plaintiff to proffer its infringement contentions, which the Court anticipates Plaintiff will provide in good faith. Therefore, the Court is of the opinion that the Motion should be **DENIED**.

**SIGNED** this 8th day of January, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE