# EXHIBIT 1

## Contact

www.linkedin.com/in/scott-de-haas-16a07b4 (LinkedIn)

## Top Skills

Engineering Management
System Architecture
Budgeting

# Scott de Haas

SVP Product Engineering and Operations at Roku
Austin, Texas Area

## Experience

Roku
7 years 5 months

SVP Product Engineering and Operations
October 2014 - Present

VP Hardware Engineering
October 2011 - October 2014 (3 years 1 month)

Responsible for all HW development activities at Roku

Pace
Senior Systems Architect
October 2010 - October 2011 (1 year 1 month)
San Jose

Managed all hardware development for Pace Enterprise Internatinal Gateway group.  I reported into the UK and worked with a SW team in France and development partners in Taiwan to create products for the european and asian markets.

2Wire
5 years 7 months

VP HW Engineering
June 2010 - October 2010 (5 months)
San Jose

Responsible for all HW engineering activities at 2Wire.

VP Hardware Strategy
March 2009 - June 2010 (1 year 4 months)

Senior Director ASIC Engineering
April 2005 - February 2009 (3 years 11 months)
Nevada City

Responsible for all silicon development at 2Wire.  This was a complete fabless COT silicon group inside of 2Wire.  My group designed and managed the fabrication of 130nm and 65nm design for next generation DSL systems.  The silicon designs and part of the group were sold to Broadcom in 2009.

Page 1 of 2

Caymas Systems
Sr. HW Engineer
2002 - 2005 (4 years)

Next Level Communications
ASIC Manager
February 1995 - January 2002 (7 years)

Intel
Sr. ASIC Engineer
January 1990 - February 1995 (5 years 2 months)

---

# Education

University of California, Davis
BS, Electrical Engineering · (1988 - 1992)