# EXHIBIT 2

## Contact

www.linkedin.com/in/unwiredben (LinkedIn)
stackoverflow.com/users/1323/ben-combee (Other)
unwiredben.livejournal.com (Personal)

## Top Skills

Linux
Software Engineering
ARM

## Languages

English (Native or Bilingual)

## Patents

Selective plug-in activation for resource-limited platforms

# Ben Combee

Sr. Embedded System Developer
Austin, Texas Area

## Summary

My career focus has been on the intersection of mobile technology and development tools.  I started working with IC design tools at Motorola out of college, then moved to do x86, 68K, and ARM compiler work at Metrowerks, working on their tools for Windows, Novell Netware, and Palm OS.  After that, I started with PalmSource as their lead developer relations engineer, then moved to PalmOne to take on a key software engineering role on the cancelled-at-birth Palm Foleo netbook.  After that, I worked on making mobile Flash technology work with desktop websites, then spent a year at Mozilla working on their Fennec browser.  Now, I'm continuing the work I started in 2010 of evangelizing webOS and its Enyo JavaScript framework as part of the former Palm team.  As part of that, I spent two years inside of HP, followed by a year at LG Silicon Valley Labs. I'm now a senior developer at Roku working on new products with their Roku TV partners.

---

## Experience

**Roku**
Senior Developer
April 2014 - Present
Austin, Texas Area

Working on embedded firmware for new products.  Involved closely in the software development for the Roku TV platform, with HD and 4K TVs delivered to customers through Insignia, Sharp, TCL, Hitachi, Hisense, and Haier.  Current focus is on ATSC standards, digital TV demodulation, demux, and decoding, closed captions, parental controls, and user interface.

**LG Silicon Valley Lab**
Distinguished Technical Engineering - Software Operating Systems
February 2013 - March 2014 (1 year 2 months)
Technical lead for Enyo JavaScript Framework, Open webOS architect focusing on security, native code execution, and tools.

Hewlett-Packard
2 years 8 months

Developer Platform Architect
October 2011 - February 2013 (1 year 5 months)

Responsible for advocating for developer issues within engineering, reviewing new APIs, and following standards bodies for compliance and cooperation.

Senior Application Framework Engineer
January 2011 - November 2011 (11 months)

Working on our Enyo JavaScript application framework, with most emphasis on the interface between high-level JS code and low-level C/C++ code running in webOS PDK plugin processes.

Presentated at developer events on the webOS platform, including JSConf 2011, TxJS, CapitolJS, node.js meetups, and webOS Developer Workshops.

Senior Developer Relations Engineer
July 2010 - January 2011 (7 months)

Developer support for Palm webOS with specialization in compiled C/C++ code using the Plug-In Development Kit

Palm
Developer Relations Engineer
March 2010 - July 2010 (5 months)

Supporting developers on Palm's webOS platform, especially native application developers using the Plugin Development KIt, SDL, and OpenGL

Mozilla Corporation
Software Engineer
January 2009 - February 2010 (1 year 2 months)

Working as a developer on Fennec, the mobile version of Firefox targeting the Maemo Linux platform, Windows Mobile, and Android.

Palm
Principal Engineer
January 2005 - January 2009 (4 years 1 month)

September 2007-January 2009: developer working on media and web technologies

January 2005-September 2007: Technical lead and senior developer for Foleo mobile companion project (graphics, sound, system software, media, system optimization)

PalmSource
Developer Services Technical Lead
March 2004 - January 2005 (11 months)

Responsible for managing the technical direction of the PalmSource DTS team, preparing knowledge base articles and other one-to-many developer resources, acting as a liason to the developer community, and managing the relationship between tools providers and the PalmSource

Freescale Semiconductor
Compiler Engineer
October 2003 - February 2004 (5 months)

This was my Metrowerks position, but I'm including it because Freescale was the spinoff of Motorola and I want to connect with some colleagues there.

Metrowerks
Senior Software Developer
April 2001 - February 2004 (2 years 11 months)

Lead developer on CodeWarrior for Palm OS, involved with libraries, compiler, debugger, linker, and wizards.  Core debugger engineer for CodeWarrior IDE.  Involved with development methodology planning for future MW projects.

Veriprise
Senior Software Architect
March 2000 - March 2001 (1 year 1 month)

Developer of secure wireless messaging systems for Palm OS, RIM, and Pagewriter platforms.  Developed award winning Palm OS applications for email and near-instant messaging.

Metrowerks
x86 Compiler Developer
January 1998 - March 2000 (2 years 3 months)

Developed Metrowerks' x86 targeting compilers and linkers for Windows, Novell Netware, and Linux.  Also involved in compiler front-end development, IR optimizations, and standard library development.

Motorola

Embedded Software Developer
June 1995 - January 1998 (2 years 8 months)

Developed embedded systems software for paging devices and for developing microcontrollers for advanced wireless devices.  Developed software to facilitate design rule checking for IC layout.  Developed compiler to convert test patterns into object code to run on target CPUs.

―――――

## Education

Georgia Institute of Technology
B.S., Computer Science · (1991 - 1995)