# EXHIBIT 5

# Matthew Hodgins

Sr. Lead SW Engineer, Test at Roku
Austin, Texas Area

### Contact

www.linkedin.com/in/
matthewhodgins (LinkedIn)

### Top Skills

Linux
Test Automation
Testing

### Languages

English (Native or Bilingual)

## Summary

I am an experienced software test automation developer. I design and implement test frameworks, equipment inventory systems, libraries and command line tools to help organizations setup and improve their continuous integration environments.

Languages
• Proficient in: Python (Django, PyUnit)
• Familiar with: Java, JavaScript (jQuery), BrightScript
Software
• Version Control: Git, Subversion, Perforce
• Platforms: Linux (Ubuntu, Raspbian), Windows, Mac
• Other: JIRA, Confluence, Bugzilla, Jenkins, REST, TestRail, ReviewBoard

---

## Experience

**Roku**
Sr. Lead SW Engineer, Test
February 2014 - Present
Austin, Texas Area

Created an automated test framework for all Roku hardware platforms, the BrightScript programming language (used to create Roku channels and applications), the Roku iOS/Android apps, and backend Roku services, including interfaces to peripheral devices (power strips, serial concentrators, wireless routers) and integrated test result tracking in TestRail and Roku's Big Data Platform.

Created an application to allow users to easily manage test devices and launch automated tests without any dependencies. Roku devices are discovered and added to the inventory automatically during periodic network scans and users can map any required peripheral devices. Devices can be reserved for any period of time and then used in automated tests.

Created an application to allow manual testers to validate metadata and media quality for content hosted by Roku and served by The Roku Channel.

Designed and implemented a Raspberry Pi based solution to simulate inputs to the Roku TV, record Roku audio outputs, simulate various remote control IR commands/protocols, control GPIO devices and emulate basic CEC (Consumer Electronics Control) devices.

Developed and executed automated tests for the manufacturing-related BrightScript APIs, Roku OS and various Roku applications.

Provided automation training and support for both local and remote team members.

Promoted to Sr. Lead SW Engineer, Test (July 2016)

Calxeda, Inc.
Software Test Engineer
July 2013 - December 2013 (6 months)
Austin, Texas

Lead the test effort for the EnergyCore Management Engine releases

Contributed bug fixes and features to Calxeda's test automation framework, including general debug/troubleshooting and integration with services such as JIRA, Cobbler and Jenkins

Designed and implemented an equipment inventory and test result tracking system

Evaluated and setup tools to improve the efficiency and effectiveness of the test team and the engineering organization as a whole (static code analysis, TestRail, JIRA workflows)

Contributed bug fixes and features to cxmanage, a command-line tool that simplifies managing Calxeda servers and clusters

LifeSize Communications (acquired by Logitech in 2009)
6 years 9 months

Senior SQA Engineer
August 2008 - July 2013 (5 years)

Austin, TX

Promoted to Sr. Engineer, SQA (May 2011)

Lead the test effort for the Bridge 2200 product line, including involvement in design/feature reviews, test planning and identifying resource requirements

Lead the design and development of a distributed automated test framework and device inventory system (in Python with Django and Pyjamas), including automated interfaces to competitor devices.

Mentored interns and less experienced team members.

Performed functional, system, stress and regression testing of all LifeSize embedded video conferencing endpoints and related infrastructure (MCU and Gatekeeper) along with PC based video endpoints and Adobe AIR/Flash based management systems

Verified device performance under various network conditions (using netem)

Created, maintained and executed both manual and automated test cases (in Python)

Maintained multiple testing environments including third party endpoints/ infrastructure (Polycom, Cisco/Tandberg/Codian, Sony, RadVision, ShoreTel and others)

Helped reproduce customer reported issues to facilitate defect resolution

SQA Intern
November 2006 - August 2008 (1 year 10 months)
Austin, TX

---

## Education

### The University of Texas at Austin
B.S., Computer Science · (2000 - 2004)