# EXHIBIT 6

## Contact

www.linkedin.com/in/robedgell (LinkedIn)

## Top Skills

iPhone
OAuth
Facebook API

# Rob Edgell

Senior engineering manager, Roku UI at Roku Inc.
Austin, Texas Area

## Summary

Rob Edgell is a proven leader in software engineering and technical strategy, focusing on leadership, building teams, prototyping and architecting technical solutions.

A self-taught technologist, Rob has been developing and leading developers for over 10 years. He has a radically different perspective on integrating technology with design, driven by his eye for the arts and insight into consumer needs.

---

## Experience

**Roku Inc.**
Senior engineering manager, Roku UI
July 2018 - Present
Austin, Texas

**Headstorm**
Manager, Project Leader
March 2018 - July 2018 (5 months)
Addison, Texas

**Fossil Group, Inc.**
7 years 7 months

Director of Software Engineering
February 2016 - February 2018 (2 years 1 month)

• Responsible for overall software strategy and implementation for Android Wear connected devices
• Core contributor over 4 years bringing connected devices revenue from 0% to 20% of company revenue
• Rapid prototyping of new ideas and concepts using Java for Android, Firebase, Google Cloud Services.
• Responsible for creating presentations and pitching concepts and ideas to internal partners and external licensors.

Page 1 of 4

• Responsible for attending remote video shoots to support licensors and ensure overall quality of commercial advertising
• Subject matter expert for Android Wear development
• Manage and in-house team of software developers, along with a remote team in Vietnam, India and China
• Managed relationships with 3rd parties include Google, Intel, Qualcomm and our ODM in Taiwan
• Identify brand needs and identify the tools and resources needed to deliver on time and on budget
• Grew the team and the platform to support 9 brands running on various generations of hardware

Senior Manager of Software Engineering
February 2015 - February 2016 (1 year 1 month)

• Continued responsibility of growing the software engineering team and its capabilities
• Worked with team to architect an OpenGL rendering engine for Android Wear watch face development
• Work with internal brand and external licenses to on board them to Android Wear.  These were the first tech products for our brands.
• Identify brand needs, architect, prototype and deliver solutions

Manager of Software Engineering
June 2014 - February 2015 (9 months)

• Third member of the connected devices team
• Identified and hired talent to deliver our generation 1 Android Wear device, Hybrid watch and fitness tracker
• Worked directly with Intel software engineering to architect and deliver firmware to support connected devices
• Worked directly with Google to implement solutions for multi-brand support within a single Android Wear build

Manager of Retail Mobility
February 2012 - June 2014 (2 years 5 months)
dallas/fort worth area

• Responsible for building a new team focused on solving retail reporting issues in Asia
• Identified talent and built a 6 person team to support the development of a custom iOS retail management application
• Architected a REST based interface for communication between the application and backend server

• Setup and managed an auto scaling environment on AWS

• This solution provided daily insight to each stores inventory counts, sales and overall productivity.  Prior to this solution visibility into key indicators was limited and often incorrect.

• Solution was deployed in 400+ locations within our Asia Pacific retail locations

• Responsible for traveling and training key users

• Responsible for traveling and installing and setting up new locations

### Lead UI Developer
August 2010 - February 2012 (1 year 7 months)
Dallas/Fort Worth Area

• Responsible for rebuilding multiple brand websites using reusable components that could be shared across projects

• Implemented a modular based system using RequrireJS

• Implemented Handlebars for front end templating

• Rebuilt fossil.com, relicbrand.com and watchstation.com

### Tribal DDB
Software Engineering Manager
December 2009 - August 2010 (9 months)
Dallas, Texas

• Managed a team of 8 developers

• Met with clients to identify needs and concept ideas

• Architect reusable solutions that could be leveraged across projects

• Managed software projects and timelines for clients such as  Bud Light, Mountain Dew, Pepsi, Dyson, American Airlines, Mobil 1 Racing and Project RED

### Tribal Worldwide
Senior Software Engineer
December 2006 - July 2009 (2 years 8 months)

• Responsible for core development on client projects

• Maintained 80%+ billable time

• Built promotions and contest sites for Pepsi, Mountain Dew, Ford and more.

### Austin Lloyd Marketing
Software Engineer
October 2004 - December 2006 (2 years 3 months)

• Responsible for building and maintaining websites for various local clients

## Education

### University of North Texas
Bachelor's degree, General Studies · (2001 - 2005)