# EXHIBIT 7

# Roger Sunshine
Senior Software Engineer at Roku
Austin, Texas Area

## Contact

www.linkedin.com/in/rogersunshine (LinkedIn)
rsunshine.dyndns.org (Personal)
lifesize.com (Company)

## Top Skills

Device Drivers
Linux Kernel
Embedded Linux

## Summary

I have a varied background from application space to the lowest levels of the OS kernel. I have experience at all levels from Object Oriented programming to assembly language. My electrical engineering background allows me to read and understand schematics and hardware specifications and interface with hardware design teams.

Specialties: Proficient in C/C++, OO methodolgy, Unix/Linux (including kernel and drivers). Can read and understand hardware specifications and schematics.

## Experience

**Roku**
Senior Software Engineer
December 2013 - Present

**LifeSize Communications**
Senior Software Engineer
March 2006 - December 2013 (7 years 10 months)

Started in Systems Software doing control applications and new platform bring up. Moved into the video group where I was responsible for all things video except encoders and decoders, though I spent some time working on bug fixing in the decoder area and optimizations in the encoder. My claim to fame was that I wrote software that ran on nearly every processor ever used in any LifeSize product.

**Newisys,  A Sanmina-SCI Company**
Software Engineer
February 2002 - March 2006 (4 years 2 months)

Responsible for design, development and test of embedded software for control, monitoring and management of server hardware.

Times N Systems
Software Engineer
2000 - 2002 (3 years)

Responsible for porting Windows disk driver to Linux, performance analysis of driver, debugging of driver and associated hardware and development of alternatives to the original implementation.

Net Perceptions
Senior Software Engineer
February 2000 - September 2000 (8 months)

Software engineer responsible for analytics software deisgn, development and test.

Knowledge Discovery One
Software Engineer
1998 - 2000 (3 years)

Responsible for design, development and test of the middle tier of a three tier analytics suite.

Hewlett-Packard (Convex)
OS Software Engineer
1994 - 1998 (5 years)

Developed Non-Uniform Memory Access (NUMA) memory manager for a distributed memory Massively Parallel Processing (MPP) system as a replacement for the No Remote Memory Access (NORMA) memory manager included in OSF1/AD. Ported many of the concepts to HP/UX.

Convex Computer Corporation
Software Engineer
1990 - 1998 (9 years)

Started in the test group writing test suites for products, moved to the kernel group where I was primarily responsible for providing virtual memory support on Convex's scalable parallel processor systems, both in Convex's proprietary Unix clone and in HP/UX.

---

## Education

University of Colorado, Boulder

BS EECS, Electrical Engineering, Computer Science · (September 1983 - May 1987)