# EXHIBIT 8

## Contact

www.linkedin.com/in/wes-guidry-b639131b (LinkedIn)

### Top Skills
Device Drivers
Embedded Software
Set Top Box

### Certifications
MCSE, A+

# Wes Guidry
Sr. Software QA Engineer at Roku
Austin, Texas Area

## Summary

A highly motivated and skilled professional with over nine years experience and successful execution of CPE Device testing and quality assurance methodologies including New Feature testing, System testing, Sanity Testing, Integration testing, Performance testing, Regression testing, and Automation testing.  Expert at detecting software bugs and deficiencies and providing feedback to developers resulting in smooth deployment with customers. Strong work ethic and good communication skills enabling collaboration with both customers and internal team members.

---

## Experience

**Roku**
Sr. Software QA Engineer
June 2015 - Present

We believe that all television will be streamed, and that all TVs and set-top-boxes will be powered by software-based operating systems that provide a dramatically better user experience than has existed historically for the TV. Like the computer and mobile markets, a similar dynamic is happening with the big screen TV where only a small number of highly competitive platforms will exist.

**Pace**
Sr. Software Quality Engineer
September 2014 - June 2015 (10 months)
austin area, texas

Resourceful engineer with 9 years of experience in Software/Hardware quality assurance testing with wide verity of projects and environments.

**Entropic Communications**
Engineer II - Software QA
January 2012 - August 2014 (2 years 8 months)
Austin, Texas Area

Page 1 of 3

- Over 8 years experience in testing and QA of various satellite, cable and IP client STB's (Set-Top-Box).
- Solid understanding of Manual Testing Process and experience in creating various test cases using Aptest and other methods.
- Team lead in Black Box Testing through various types of testing including, integration, functional, system, security, stress and performance testing.
- Team lead in Test plan formulation making use of functional and system requirements,
- Lead test case design and development from Design documents in addition to mapping those requirements with RTM (Requirements Traceability Matrix) document.
- Team and Design Lead in creating test suites to perform Regression Testing across various releases and builds.
- Authored Functional Design Documents, Training Material and Help Guides for various products and user groups.
- Team member on various projects with industry specific methodologies.

Trident Microsystems
QA Engineer II
January 2010 - January 2012 (2 years 1 month)

NXP Semiconductors
QA technician
April 2008 - January 2010 (1 year 10 months)

Conexant
QA technician
January 2006 - April 2008 (2 years 4 months)

Solectron/Flextronics
Test Technician
October 1996 - April 2008 (11 years 7 months)

- Loaded Cisco series switches into chambers using burn-in script.
- Validated process the tracking system and the configuration of hardware.
- Assembled Cisco router circuit boards for testing.
- Various other positions leading to a progressive increase in responsibility.

---

# Education

Knowledge Alliance

· (2003 - 2003)