# EXHIBIT 9

# Contact

www.linkedin.com/in/yi-he-703b215 (LinkedIn)

## Top Skills
Embedded Software
Device Drivers
Embedded Systems

## Languages
English (Native or Bilingual)
Chinese (Native or Bilingual)

# Yi He
Principle Software Engineer at Pace/Arris, Embedded linux developer
Austin, Texas

## Summary

• 10+ years experience in software development, Networking, Video, Audio expertise
• Extensive experience in residential gateways, Ethernet switches, set-top box systems, media gateways, video CODECs and streaming media applications
• Hands-on experience with various real-time operating systems (RTOS), device drivers, telecommunication protocols, DSP algorithm implementation and various hardware tools
• Solid background in computer science and electrical engineering
• Strong learning, analyzing, problem-solving and trouble-shooting capabilities
• Excellent communication and team-work skills

---

## Experience

**Roku Inc.**
Senior Software Engineer
June 2016 - Present
Austin, Texas

**Pace/Arris**
Principle Software Engineer
June 2015 - May 2016 (1 year)
Austin, Texas Area

**Pace**
Senior Software Engineer
December 2011 - June 2015 (3 years 7 months)

**Cisco Systems**
Software Engineer
August 2010 - December 2011 (1 year 5 months)

University of Texas at Dallas
CHAMPS Computer Science Instrucor
August 2008 - August 2010 (2 years 1 month)

Analog Devices
Software System Design Engineer
July 2007 - July 2008 (1 year 1 month)

SigmaTel
Senior Software Application Engineer
January 2007 - June 2007 (6 months)

Tekelec
DSP software Engineer
May 2004 - November 2006 (2 years 7 months)

---

## Education

The University of Texas at Dallas
Doctor of Philosophy (Ph.D.), Computer Science · (2002 - 2011)

The University of Texas at Austin
M.S., Electrical and Computer Engineering · (1999 - 2000)

Fudan University
B.S., Electrical Engineering · (1990 - 1995)