# EXHIBIT 10





### Sr. Software Engineer, Application Framework

Software Engineering | Austin, Texas



### Sr. Software Engineer, Native UI

Software Engineering | Austin, Texas

### Sr. Software Engineer, New Products

Software Engineering | Austin, Texas



Stay updated on news and offers

Enter your email address

Roku Blog

Roku experience

Products

Support

Company

Partners



© 2019 Roku, Inc. All rights reserved.

Site Map | Privacy policy | Terms of use | Dispute Resolution | Trademark guidelines | Legal | About Ads & Cookies

United States (change) ›