# EXHIBIT 11

**United States District Courts — National Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2013 | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 |
| **Overall Caseload Statistics** | Filings [1] | | 391,652 | 392,241 | 374,822 | 387,687 | 365,084 | 391,345 |
| | Terminations | | 362,228 | 359,835 | 369,720 | 365,842 | 384,840 | 375,480 |
| | Pending | | 391,788 | 423,082 | 426,042 | 446,051 | 425,162 | 465,787 |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -0.1 | -0.2 | 4.4 | 0.9 | 7.2 | |
| | Number of Judgeships | | 677 | 677 | 677 | 677 | 677 | 677 |
| | Vacant Judgeship Months [2] | | 784.1 | 768.1 | 550.6 | 762.1 | 1,266.8 | 1,541.3 |
| **Actions per Judgeship** | Filings | Total | 579 | 579 | 554 | 573 | 539 | 578 |
| | | Civil | 420 | 436 | 412 | 431 | 396 | 418 |
| | | Criminal Felony | 120 | 107 | 105 | 104 | 104 | 119 |
| | | Supervised Release Hearings | 38 | 37 | 36 | 38 | 40 | 41 |
| | Pending Cases [2] | | 579 | 625 | 629 | 659 | 628 | 688 |
| | Weighted Filings [2] | | 512 | 501 | 484 | 483 | 475 | 513 |
| | Terminations | | 535 | 532 | 546 | 540 | 568 | 555 |
| | Trials Completed | | 19 | 18 | 17 | 17 | 16 | 16 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.3 | 7.5 | 7.6 | 7.5 | 7.6 | 7.0 |
| | | Civil [2] | 8.5 | 8.3 | 8.8 | 9.2 | 9.9 | 9.2 |
| | From Filing to Trial [2] (Civil Only) | | 26.1 | 26.4 | 26.8 | 27.0 | 26.3 | 27.3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 27,087 9.0 | 30,407 9.0 | 34,377 10.1 | 53,162 14.7 | 57,155 16.9 | 73,938 19.8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 51.0 | 51.0 | 47.0 | 50.0 | 49.6 | 51.8 |
| | | Percent Not Selected or Challenged | 37.5 | 37.4 | 36.8 | 38.0 | 37.5 | 37.5 |

**2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| | | | |
|---|---:|---|---:|
| Total Civil | 282,936 | Total Criminal[1] | 80,616 |
| A-Social Security | 18,665 | A-Marijuana | 2,311 |
| B-Personal Injury/Product Liability | 45,863 | B-All Other Drugs | 20,822 |
| C-Prisoner Petitions | 54,134 | C-Immigration | 27,812 |
| D-Forfeitures and Penalties | 1,215 | D-Firearms and Explosives | 11,635 |
| E-Real Property | 7,029 | E-Fraud | 7,186 |
| F-Labor Suits | 17,629 | F-Violent Offenses | 2,710 |
| G-Contracts | 26,768 | G-Sex Offenses | 3,236 |
| H-Torts (other than Personal Injury/Product Liability) | 21,830 | H-Forgery and Counterfeiting | 383 |
| I-Copyright, Patent, and Trademark | 12,690 | I-Larceny and Theft | 1,160 |
| J-Civil Rights | 41,741 | J-Justice System Offenses | 791 |
| K-Antitrust | 557 | K-Regulatory Offenses | 830 |
| L-All Other Civil | 34,815 | L-All Other Criminal | 1,740 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

| CALIFORNIA NORTHERN | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2013 | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 7,373 | 7,021 | 6,987 | 8,360 | 8,554 | 8,951 | | |
| | Terminations | | 7,855 | 7,419 | 6,813 | 6,817 | 7,421 | 7,854 | | |
| | Pending | | 6,734 | 6,365 | 6,541 | 8,006 | 9,127 | 10,180 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 21.4 | 27.5 | 28.1 | 7.1 | 4.6 | | 46 | 9 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 37.0 | 14.7 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 527 | 502 | 499 | 597 | 611 | 639 | 21 | 4 |
| | | Civil | 442 | 421 | 412 | 522 | 531 | 552 | 10 | 2 |
| | | Criminal Felony | 55 | 49 | 50 | 37 | 43 | 39 | 86 | 14 |
| | | Supervised Release Hearings | 30 | 31 | 37 | 39 | 37 | 48 | 32 | 8 |
| | Pending Cases [2] | | 481 | 455 | 467 | 572 | 652 | 727 | 17 | 4 |
| | Weighted Filings [2] | | 529 | 502 | 502 | 499 | 553 | 622 | 16 | 5 |
| | Terminations | | 561 | 530 | 487 | 487 | 530 | 561 | 25 | 7 |
| | Trials Completed | | 10 | 12 | 12 | 12 | 9 | 10 | 78 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.8 | 11.9 | 13.7 | 14.6 | 19.3 | 16.3 | 88 | 13 |
| | | Civil [2] | 7.6 | 7.9 | 7.7 | 7.4 | 7.2 | 7.2 | 18 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 27.4 | 30.9 | 28.0 | 30.4 | 24.8 | 30.0 | 38 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 381 6.9 | 380 7.2 | 507 9.5 | 443 6.5 | 496 6.2 | 462 5.1 | 37 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.5 | 1.5 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 59.4 | 58.9 | 59.4 | 73.9 | 58.9 | 69.5 | | |
| | | Percent Not Selected or Challenged | 38.2 | 39.8 | 40.0 | 50.6 | 39.3 | 26.0 | | |

| 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7,727 | 266 | 760 | 1,472 | 14 | 234 | 504 | 622 | 432 | 787 | 1,530 | 69 | 1,037 |
| Criminal [1] | 547 | 14 | 131 | 41 | 128 | 86 | 35 | 27 | 4 | 21 | 15 | 15 | 30 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS WESTERN**

| | | | Sep 30 2013 | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 12,482 | 11,653 | 11,159 | 12,354 | 11,727 | 13,826 | | |
| | | Terminations | 12,711 | 11,709 | 10,740 | 11,252 | 12,021 | 12,972 | | |
| | | Pending | 6,484 | 6,264 | 6,392 | 7,139 | 6,592 | 7,367 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 10.8 | 18.6 | 23.9 | 11.9 | 17.9 | | 14 | 3 |
| | | Number of Judgeships | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | | Vacant Judgeship Months [2] | 12.0 | 12.0 | 7.5 | 12.5 | 24.0 | 23.4 | | |
| **Actions per Judgeship** | **Filings** | Total | 960 | 896 | 858 | 950 | 902 | 1,064 | 4 | 2 |
| | | Civil | 254 | 262 | 255 | 337 | 274 | 264 | 62 | 7 |
| | | Criminal Felony | 566 | 513 | 491 | 495 | 505 | 694 | 1 | 1 |
| | | Supervised Release Hearings | 141 | 121 | 113 | 118 | 123 | 105 | 7 | 1 |
| | Pending Cases [2] | | 499 | 482 | 492 | 549 | 507 | 567 | 31 | 6 |
| | Weighted Filings [2] | | 729 | 674 | 672 | 747 | 696 | 745 | 8 | 3 |
| | Terminations | | 978 | 901 | 826 | 866 | 925 | 998 | 2 | 1 |
| | Trials Completed | | 26 | 21 | 21 | 19 | 20 | 20 | 28 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.9 | 4.8 | 5.3 | 5.5 | 5.3 | 4.4 | 2 | 1 |
| | | Civil [2] | 7.1 | 6.5 | 7.2 | 6.3 | 7.7 | 8.0 | 30 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 17.8 | 19.1 | 17.5 | 21.1 | 20.5 | 18.7 | 5 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 58 / 2.4 | 67 / 2.9 | 70 / 2.8 | 67 / 2.1 | 82 / 2.9 | 90 / 3.3 | 20 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.2 | 1.2 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 51.9 | 59.7 | 60.1 | 53.1 | 51.6 | 62.8 | | |
| | | Percent Not Selected or Challenged | 42.7 | 46.8 | 47.2 | 43.0 | 41.0 | 40.9 | | |

Numerical Standing Within (U.S. / Circuit) shown in the last two columns.

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,436 | 77 | 55 | 896 | 18 | 186 | 256 | 504 | 357 | 207 | 424 | 3 | 453 |
| Criminal [1] | 9,018 | 640 | 898 | 6,601 | 359 | 235 | 46 | 100 | 18 | 22 | 22 | 46 | 31 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."