# EXHIBIT 12





## Franchise Tax Account Status
As of : 03/13/2019 12:59:34

**This Page is Not Sufficient for Filings with the Secretary of State**

| | |
|---|---|
| | **ROKU, INC.** |
| **Texas Taxpayer Number** | 32052678417 |
| **Mailing Address** | 150 WINCHESTER CIR LOS GATOS, CA 95032-1812 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | DE |
| **Effective SOS Registration Date** | 05/01/2014 |
| **Texas SOS File Number** | 0801982829 |
| **Registered Agent Name** | CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCO |
| **Registered Office Street Address** | 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701 |