# EXHIBIT 13



# AUSTIN METRO

# Roku plans expansion into Austin

*Roku, the company known for its streaming media players, has opened an office in Austin and is hiring hardware and software engineers to grow the company's engineering team. ()*

By **Amy Denney**  | 12:00 am Feb. 7, 2014 CST     

Roku, the company known for its streaming media players, has opened an office in Austin and is hiring hardware and software engineers to grow the company's engineering team.

The company, headquartered in Saratoga, Calif., is operating out of a temporary space while its permanent office in the Westech 360 building, located at 8911 N. Capital of Texas Hwy., is being built out, said Tricia Mifsud, Roku's senior director of corporate communication.

"We've wanted to expand our engineering team, and Austin is the perfect place for that," she said.

The office is led by Scott de Haas, vice president of hardware engineering. Roku is hiring hardware and software engineers for the office, which will have fewer than 50 employees, Mifsud said. Job openings are posted at www.roku.com/about/employment.

"This fall, we will launch Roku TV, which we are working with global TV manufacturers to build and sell," she said. "The engineering team in Austin will be key to this launch."



BACK TO TOP



Roku, meaning "six" in Japanese, was founded in 2002 by Anthony Wood, who invented the DVR. It is his sixth company. The company launched the first device to stream Netflix over the Internet to the TV in 2008, and the media players now offer customers more than 1,200 channels.

SHARE THIS STORY  

## COMMENT



### AMY DENNEY

Amy has been reporting in community journalism since 2007. She worked in the Chicago suburbs for three years before migrating south and joined Community Impact Newspaper in September 2010. Amy has been editor of the Northwest Austin publication since August 2012 and she is also the transportation beat reporter for the Austin area.





### We Are Blood seeking funds for new mobile blood donation bus

Austin-based blood bank We Are Blood is seeking to expand its reach throughout Central Texas. Ahead of Amplify Austin day,... >



### A portion of I-35 in New Braunfels will close Feb. 24

The replacement of power lines and poles will cause the temporary closure of I-35 on Feb. 24 from 7 a.m.-12:30... >


### More students pursuing higher education in New Braunfels

With a growing local job market and expanding local collegiate opportunities, Ben Martin, assistant vice president of the Howard Payne… >


### Pflugerville ISD approves multiple security upgrades

Improvements to security camera and fire alarm systems will soon take place at multiple Pflugerville ISD facilities as a result… >




### Leander ISD trustees approve 2019 districtwide maintenance projects

Leander ISD board of trustees approved districtwide maintenance projects for 2019—part of LISD's Ten Year Capital Renewal Plan—at a Feb.… >


### Leander ISD trustees hear draft scenario for middle school feeder patterns

Leander ISD school board members reviewed a draft of a potential middle school attendance zoning scenario for the 2020-21 academic year… >


### Hutto Police Department data shows overall drop in crime

The city of Hutto experienced an overall drop in crime in 2018, including decreases in the number of assault and… >



### Austin City Council rejects citizen-initiated sports stadium ordinance, likely to go on ballot in November

Austin City Council refused to adopt a citizen-initiated ordinance on Feb. 21 that would give voters a say when city... >





### Austin-Bergstrom International Airport debuts new expansion

The Austin-Bergstrom International Airport began a $350 million project in the fall of 2016 to add nine gates to the... >



### Westlake-based Realty Austin acquires Reilly, Realtors

Independent residential real estate firm Realty Austin, headquartered in Westlake, recently acquired Reilly, Realtors. Reilly, Realtors is the No. 3... >



### Program to bring affordable housing to all Austin neighborhoods will come back for final council vote into law in May

A new, widely supported program to waive compatibility and design standards and other regulatory barriers to affordable housing developments could... >



### Cedar Park, Leander home sales drop in January 2019 compared to 2018

Sales of residential property in Cedar Park and Leander fell over 30 percent in January compared to the same month... >



COMPANY INFO   ADVERTISE   E-NEWSLETTER   CIRCULATION   CAREERS   CATEGORIES

TERMS OF SERVICE | PRIVACY POLICY | FEEDBACK

© 2005-2018 Community Impact Newspaper Co. All rights reserved.