IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,** | § § § | Civil Action No.: 6:18-cv-308-ADA |
| **Plaintiff,** | § § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| **ROKU, INC.,** | § § | |
| **Defendant.** | § § § | |

## ORDER

The Court, having considered Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2019, that the Motion is **DENIED**.


Dated: _____, 2019       _____
                                           The Honorable Alan D. Albright
                                           United States District Judge