# EXHIBIT 2

## DECLARATION OF MATTHEW HODGINS

I, Matthew Hodgins, hereby declare as follows:

1. My name is Matthew Hodgins. I am a citizen of the United States and am at least eighteen years of age. I have personal knowledge of and am competent to testify as to the facts herein.

2. I have been an employee at Roku, Inc. since 2014. I am currently a Senior Lead Software Engineer devoted to quality assurance.

3. My work to date at Roku has included developing an automated test environment tool for the Roku platform. I have not worked on or been part of the design or development of Roku's mobile applications, including the Roku iOS and Roku Android apps.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 3-25-19

Matthew Hodgins

1