IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROKU, INC.,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.: 6:18-cv-308-ADA**<br><br>**JURY TRIAL DEMANDED** |

## JOINT REPORT RE NARROWING ASSERTED CLAIMS AND PRIOR ART REFERENCES

In accordance with the Court's Scheduling Order (Dkt. 51) entered in this action, Plaintiff MV3 Partners LLC ("MV3") and Defendant Roku, Inc. ("Roku") (collectively the "Parties") met and conferred on March 11, 2020 to discuss narrowing the number of claims asserted and prior art references at issue. The result of the Parties' meet and confers on these subjects are set about below.

MV3 has reduced the number of claims of the 8,863,223 Patent it is asserting in this action from twenty-five (25) to fifteen (15) claims. Further, MV3 intends to provide its list of the asserted claims by the April 29, 2020 Joint Pretrial Order deadline in this action. MV3 reserves all rights regarding this reduction of claims prior to the trial of this action should circumstances so warrant. MV3 will continue to meet and confer with Roku regarding the reduction of asserted claims and prior art references.

Roku intends to reduce the number of its prior art references it will present at trial. Initially, Roku's expert, Dr. Samuel Russ, relied on 13 prior art references in various combinations in his report on invalidity. Roku has since agreed to not rely on one of those references as well as

numerous combinations. Roku will continue to refine its positions, and it will endeavor to further narrow the number of prior art references it will present at trial. To do so, however, it is necessary for MV3 to first identify the claims that it will elect to pursue at trial. Roku contends that MV3 should limit the claims it pursues at trial to no more than five to six claims, and MV3 should identify those claims by April 8, 2020. From there, Roku will narrow the prior art references it will present at trial by April 22, 2020.

The Parties will continue to explore further narrowing the number of asserted claims and prior art references as this action moves closer to trial.

Dated: March 18, 2020

RESPECTFULLY SUBMITTED,

By: */s/ Andy Tindel*

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, Texas 75652
913 Franklin Ave., Suite 201
Waco, Texas 76701
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com

**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Daniel C. Miller (NY Bar No. 4232773)
(Admitted in this District)
**KASOWITZ BENSON TORRES LLP**
1399 New York Avenue NW, Suite 201
Washington, DC 20005
Telephone: (202) 760-3400
Facsimile: (202) 760-3401
Email: dcmiller@kasowitz.com

Paul G. Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
Rodney R. Miller (Texas Bar No. 24070280)
(Admitted in this District)
rmiller@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1349 West Peachtree Street N.W., Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

**Attorneys for Plaintiff**
**MV3 Partners LLC**

Respectfully submitted,

/s/ *Alexander J. Hadjis*

Alexander J. Hadjis (*pro hac vice*)
Lisa M. Mandrusiak (*pro hac vice*)
Michael D. West (*pro hac vice*)
**OBLON, MCCLELLAND, MAIER**
**& NEUSTADT, L.L.P.**
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000
ahadjis@oblon.com
lmandrusiak@oblon.com
mwest@oblon.com

Richard D. Milvenan
State Bar No. 14171800
**McGINNIS LOCHRIDGE LLP**
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
rmilvenan@mcginnislaw.com

David N. Deaconson
Tex. Bar No. 05673400
**PAKIS, GIOTES, PAGE & BURLESON, P.C.**
P.O. Box 58
Waco, TX 76703-0058
(254) 297-7300
deaconson@pakislaw.com

**ATTORNEYS FOR
DEFENDANT ROKU, INC.**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] − Document Filing System, to all counsel of record, on this 18th day of March, 2020.

Andy Tindel