# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC | § |
| | § CIVIL NO: |
| vs. | § WA:18-CV-00308-ADA |
| | § |
| ROKU, INC. | § |

## ORDER SETTING MOTION HEARING AND FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING AND FINAL PRETRIAL CONFERENCE** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Wednesday, May 20, 2020 at 09:00 AM**.

IT IS SO ORDERED this 21st day of April, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE