AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| MV3 Partners LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:18-cv-00308-ADA |
| Roku, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Roku, Inc.

Date:   04/23/2020

*Attorney's signature*

Darryl J. Adams, TX Bar No. 00796101
*Printed name and bar number*
Slayden Grubert Beard LLC
401 Congress Ave., Ste. 1650
Austin, TX 78701

*Address*

dadams@sgbfirm.com
*E-mail address*

(512) 296-3198
*Telephone number*

(512) 402-6865
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record Pursuant to Local Rule 5(b).

/s/ Darryl J. Adams

Darryl J. Adams