# EXHIBIT 4

MV3 PARTNERS LLC V. ROKU, INC.
WESTERN DISTRICT OF TEXAS (WACO DIVISION)
CIVIL ACTION NO.: 6:18-CV-00308-ADA

JUDGE ALAN D. ALBRIGHT

## ROKU'S TRIAL WITNESS LIST

Roku expects to call at trial the percipient and expert witnesses identified below. Roku may also call individuals listed on MV3's witness list, as well as individuals necessary for rebuttal. In addition, Roku may present deposition testimony in the event that any of the individuals listed below as witnesses that Roku intends to call become unable to attend the trial or are otherwise unable to provide live testimony.

| Witness Name | Live or Deposition | May Call or Will Call |
|---|---|---|
| Scott De Haas | Live | Will Call |
| Dave Mendenhall | Live | Will Call |
| Kevin Bright | Live | Will Call |
| Tito Thomas | Live | May Call |
| Steve Sprich | Live | Will Call |
| Ken Krakow | Live | May Call |
| Greg Garner | Live | Will Call |
| Michael Slosek | Live or deposition | May Call |
| Tim Wegesin | Live or deposition | May Call |
| Robert Stoll | Live | Will Call |
| Lauren Kindler | Live | Will Call |
| Laura O'Loughlin | Live | Will Call |

| | | |
|---|---|---|
| Alan Bovik | Live | Will Call |
| Samuel Russ | Live | Will Call |
| Gregory A. Walters | Live and/or deposition | May Call |
| Jared Abbruzzese | Live and/or deposition | May Call |
| David Marshack | Live and/or deposition | May Call |
| Wayne Barr | Live and/or deposition | May Call |
| Henry Goldberg | Live and/or deposition | May Call |