# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |  |
|---|---|---|
| **MV3 PARTNERS LLC,** | § | |
| | § | **Civil Action No.: 6:18-cv-308-ADA** |
| | § | |
| **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § | |
| | § | |
| **ROKU, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT PROPOSED JUROR QUESTIONNAIRE

On behalf of the parties, Roku hereby submits a joint proposed juror questionnaire, which will also be emailed to the Court in Word form.

Respectfully submitted,

/s/ Alexander J. Hadjis

Alexander J. Hadjis (*pro hac vice*)
Lisa M. Mandrusiak (*pro hac vice*)
Michael D. West (*pro hac vice*)
Tia D. Fenton (*pro hac vice*)
W. Todd Baker (*pro hac vice*)
OBLON, MCCLELLAND, MAIER
& NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000
ahadjis@oblon.com
lmandrusiak@oblon.com
mwest@oblon.com
tfenton@oblon.com
wtbaker@oblon.com

1

Richard D. Milvenan
State Bar No. 14171800
McGINNIS LOCHRIDGE LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
rmilvenan@mcginnislaw.com

David N. Deaconson
Tex. Bar No. 05673400
PAKIS, GIOTES, PAGE & BURLESON,
P.C.
P.O. Box 58
Waco, Texas 76703-0058
(254) 297-7300
deaconson@pakislaw.com

Darryl Adams
Tex. Bar No. 00796101
SLAYDEN GRUBERT BEARD LLC
401 Congress Ave., Ste. 1650
Austin, Texas 78701
dadams@sgbfirm.com

ATTORNEYS FOR DEFENDANT
ROKU, INC.

**Juror Questionnaire**

Name: First Name  Last Name          Date of Birth: Click or tap here to enter text.   Age: Age
Gender: Choose an answer          Birthplace: Click or tap here to enter text.
Address: Click here to enter address
Education:          Highest grade/degree completed: Choose an item.

College or Vocational School: Click or tap here to enter text.

Major or Area(s) of Study: Click or tap here to enter text.

Employment: Choose an item.  If "Other", please describe: Click or tap here to enter text.

Occupation:          Job Title: Click or tap here to enter text.

Describe Job Duties: Click or tap here to enter text.

Employer (current or most recent): Click or tap here to enter text.

Prior jobs held: Click or tap here to enter text.

Have you ever worked in a position in which you supervised others?  Yes or No

Have you ever served in the military? Yes or No

If yes, what branch, and what was the highest rank you achieved? Click or tap here to enter text.

Marital Status: Choose an item.

Spouse/Partner's Occupation: Click or tap here to enter text.

Occupation(s) of other adults in your household:  Click or tap here to enter text.

Number of children:  ##          Ages of children:  Click or tap here to enter text.

Occupations of adult children: Click or tap here to enter text.

Please list any clubs, groups, churches, unions, fellowships or other religious or civic organizations to which you belong, as well as any leadership positions you have held there: Click or tap here to enter text.

Where do you get most of your news?  Choose an item.

For the news source listed above, please indicate the network, publication, station or website: Click or tap here to enter text.

Do you have special knowledge, training, education or work experience in any of the following areas:

| Law, law firms, court system | Yes or No | Patents, copyrights or trademarks | Yes or No |
|---|---|---|---|
| Computer hardware | Yes or No | Software or App development | Yes or No |
| Electrical engineering | Yes or No | Licensing | Yes or No |
| Consumer electronics | Yes or No | Electronic streaming media | Yes or No |
| Cable television | Yes or No | Streaming media providers such as Netflix, Amazon, Google, etc. | Yes or No |

Would you say that you know more, less or about the same as the average person about:

| Electronics | More, less, same | Engineering | More, less, same |
|---|---|---|---|
| Software or App design | More, less, same | Streaming media | More, less, same |
| Consumer electronics | More, less, same | Home entertainment systems | More, less, same |

Do you, a family member or friend have any business relationship with any of the following companies:

    MV3 Partners  Yes or No

        If "Yes," please explain: Click or tap here to enter text.

    Roku, Inc.  Yes or No

        If "Yes," please explain: Click or tap here to enter text.

Are you familiar with any of the companies or individuals listed on the supplemental list?  Yes or No

    If "Yes," please indicate which parties or individuals and how you know them. Click or tap here to enter text.

Have you or any of your family or friends ever filed for a patent?  Yes or No

    If "Yes," please describe what was covered by the patent and whether a patent was granted.  Click or tap here to enter text.

Have you ever owned a business?  Yes or No

    If "Yes," please indicate type of business and the years it was owned?  Click or tap here to enter text.

Do you have any beliefs/feelings about patents, the patent system, or the enforcement of patents?  Yes or No

    If "Yes," please explain: Click or tap here to enter text.

Do you have strong opinions about lawsuits and the people who bring them?  Yes or No

    If "Yes," please explain: Click or tap here to enter text.

Do you think the damages awarded in trials in the last couple of years are generally:  Choose an item.

Have you ever owned a Roku streaming device (a Roku player or Roku TV)?  Yes, No or Uncertain

    If "Yes," how satisfied were you with your Roku device(s)?  Click or tap here to enter text.

Have you ever owned a streaming device (player or TV) other than a Roku device (for example, Google Chromecast, Apple TV, Amazon Fire TV, etc.)?  Yes, No or Uncertain

Have you ever owned a smart TV that includes built-in apps (for example YouTube, Pandora, Hulu, etc.) that allow you to stream internet content onto your TV? Yes, No or Uncertain

Do you own a home theater or multi-media system?  Yes or No

    If "Yes," did you select and install the components, or did you hire someone else to select the components and setup the system?  Choose an item.

Prior to coming to this case, what have you heard about Roku? Click or tap here to enter text.

Do you consider yourself a leader?  Choose an item.

Have you ever served as a juror before?  Choose an item.

    If "Yes," were you the foreperson?  Yes or No

Do you have a hardship or other personal issue that would affect or prevent your ability to serve as a juror in a case scheduled for trial the first two weeks of June in Waco?  Yes or No

Is there anything else we should know about your ability to serve as a juror on this case?  Click or tap here to enter text.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 6, 2020, I served a copy of this document by email to all

counsel of record.


<u>/s/ Lisa Mandrusiak</u>
Lisa Mandrusiak