# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,**<br>           *Plaintiff* | § § § § § § § § § § | |
| **-vs-** | | **CIVIL NO. 6:18-CV-00308-ADA-JCM** |
| **ROKU, INC.,**<br>           *Defendant* | | |

## ORDER SETTING TELEPHONIC CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Telephonic Conference on jury selection procedure with the Honorable Judge Jeffrey C. Manske on **Thursday, May 21, 2020, at 1:30 p.m**. The conference will be conducted by telephone at phone number (877) 336-1828 and code 4740041 and will be attended by at least one counsel for each party having appeared as of the date of this order.

**SIGNED** this 20th day of March, 2020.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE