# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC | § |
| | § CIVIL NO: |
| vs. | § WA:18-CV-00308-ADA |
| | § |
| ROKU, INC. | § |

## ORDER CANCELLING FINAL PRETRIAL CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **FINAL PRETRIAL CONFERENCE** on **Thursday, June 18, 2020 at 01:30 PM is hereby CANCELLED until further order of the court**.

    IT IS SO ORDERED this 15th day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE