**FILED**
August 19, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Melissa Copp_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC,<br>*Plaintiff*<br><br>-vs-<br><br>ROKU, INC.,<br>*Defendant* | § § § § § § § § § § § §   CIVIL NO. 6:18-CV-00308-ADA-JCM |

## ORDER ON VOIR DIRE SUBMISSIONS

In light of the COVID-19 pandemic, voir dire in the above captioned matter has been reset for October 1, 2020 at 9:30 am. Therefore, **IT IS HEREBY ORDERED** that the parties submit the following to the undersigned by **5:00 PM, Monday, September 28, 2020:** 1) the respective voir dire questions to be asked by the undersigned to the panel and 2) a one-page, joint statement of the case. Parties may submit their respective questions and the joint statement of the case to the undersigned's law clerk, Kyle Gardner, via email at kyle_gardner@txwd.uscourts.gov.

**IT IS FURTHER ORDERED** that, if the parties are unable to agree on the joint statement of the case, the parties individually submit a proposed one-page statement of the case also by **5:00 PM, Monday, September 28, 2020,** by email to both the undersigned's law clerk and opposing counsel. **IT IS FURTHER ORDERED** that, in the event the parties submit separate statements of the case, any objections be submitted to the one-page separate statements by **5:00 PM, Tuesday, September 29, 2020.** Finally, **IT IS FURTHER ORDERED** that, in the event the parties submit separate statements of the case, the parties will convene **in the Third**

Floor Visiting Judge's Courtroom (District Courtroom #2) at 8:45 AM on Thursday, October 1, 2020 prior to voir dire to present any argument on the statements of the case.

**SIGNED this 19th day of August, 2020.**

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE