UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. W-18-CA-00308-ADA |
| **ROKU, INC.,** | § § | |
| **Defendant.** | § § | |

## ORDER

**IT IS ORDERED** that the jury in the above styled case be partially sequestered, beginning with their appearance in the jury room at 9:00a.m. on Monday, October 5, 2020 until released from the jury room each day and continuing through the close of evidence until finally released by the Court.

While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence for said jury including cost of refreshments and other necessaries incurred by said jury during lunch periods and court recesses shall be paid by the United States Government.

SIGNED this 22nd day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE