# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MV3 PARTNERS LLC,** | § | |
| Plaintiff, | § § § | |
| v. | § | Case No. W-18-CA-00308-ADA |
| **ROKU, INC.,** | § § § | |
| Defendant. | § § | |

## ORDER

The jury having been empaneled, the evidence having been closed in the above styled and numbered cause, and after charge of the Court and submission of the case to the jury;

**IT IS ORDERED** that the jury be sequestered during their deliberations beginning from when they report to the jury room each day until: a) released by the Court at the end of each day, b) verdict is reached and the jury is formally discharged by the Court, or c) until further Order of the Court.

While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence of said jury including cost of refreshments and other necessaries incurred by said jury during court recesses shall be paid by the United States Government.

SIGNED this 22nd day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE