Case 6:18-cv-00308-ADA   Document 322   Filed 09/23/20   Page 1 of 1

FILED
September 23, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC, § § § Plaintiff, § § v. § § ROKU, INC., § § Defendant. § § | Civil Action No.: 6:18-cv-308-ADA JURY TRIAL DEMANDED |

Counsel for Plaintiff MV3 Partners LLC and their agents are hereby authorized to set up in the courtroom of the Honorable Alan D. Albright certain equipment and materials for the purpose of facilitating illustrative exhibits for the above captioned matter for which trial is scheduled to commence on October 5, 2020, and to have access to the courtroom the week before trial commences to set up such equipment and materials. The equipment and materials may include various electronic devices, such as laptop computers, external hard drives, displays, speakers, projectors/screens and peripheral equipment, related audio-video equipment, and assorted power cords and cables. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity.

SIGNED this 23rd day of September, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE