UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC,<br><br>    Plaintiff,<br>v.<br><br>ROKU, INC.,<br><br>    Defendant. | Civil Action No.: W-6:18-cv-00308-ADA<br><br>**JURY TRIAL DEMANDED** |

## Roku, Inc.'s Proposed Voir Dire Questions

ROKU, INC. (Roku") submits the following proposed questions to be asked by Court during Voir Dire:

1. Are you familiar with any of the parties, witnesses or law firms on the list of parties, witnesses and counsel?

    a. If so, who? How are you familiar with them?

2. After completing the questionnaire, have you done any internet research or other searching for information about either MV3 Partners or Roku?

    a. If so, what did you do and what did you learn?

3. How many of you subscribe to or regularly read the Waco Tribune-Herald?

4. How many of you have read or seen something in the media about this case, MV3 or Roku?

5. Have you ever had an experience in which you felt someone used an idea you had without your permission?

    a. If "Yes," please describe what happened.

6. Have you ever served in a focus group or as a mock juror that was related to patents?

7. Have you ever served on a mock jury or focus group that was related to any consumer electronics?

8. Please describe any knowledge of or experience you have with patents.

9. Who here has any familiarity with how the US Patent system works?

10. What does the phrase streaming media mean to you?

11. If you have owned a Roku Player or Roku TV, did you have any problems or complaints with the device?

    a. If "Yes," please describe the problem and how it was resolved.

12. Many of you have stated that you have used a streaming device other than a Roku, such as Google Chromecast, Apple TV, or Amazon Fire Tv; which brands have you used?

13. Many of you stated you have owned a smart TV; which brands of smart TV have you owned?

14. Do you use any streaming media such as Netflix, Amazon, Pandora, Apple TV, YouTube TV, Hulu, HBO Go, Disney Plus, ESPN+, or CBS All Access.?

    a. If "Yes," please describe any complaints you have with these streaming services and how they were addressed.

15. How many of you have started watching either Netflix or a YouTube video on your phone and while watching switched to watching it on your TV?

16. Have you ever used a mobile computer, such as your phone, for screen mirroring to a monitor or television?

    a. If you have, what devices have you used to do this?

17. Who here would be so distracted by concerns regarding the coronavirus pandemic or current economic conditions caused by the pandemic that you would be unable to give your full attention to a complex business case?

18. Is there any other reason why it would an undue hardship for you to serve on a case, such as this, involving patents and streaming media technology?

Respectfully submitted,

/s/ Alexander J. Hadjis

Alexander J. Hadjis (*pro hac vice*)
Lisa M. Mandrusiak (*pro hac vice*)
Frank J. West (*pro hac vice*)
Christopher Ricciuti (*pro hac vice*)
OBLON, MCCLELLAND, MAIER
& NEUSTADT, L.L.P.,
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000
ahadjis@oblon.com
lmandrusiak@oblon.com
fwest@oblon.com
cricciuti@oblon.com

Richard D. Milvenan
State Bar No. 14171800
McGINNIS LOCHRIDGE LLP
600 Congress Avenue, Suite 2100

Austin, Texas 78701
(512) 495-6000
rmilvenan@mcginnislaw.com

David N. Deaconson
State Bar No. 05673400
Pakis, Giotes, Page & Burleson, P.C.
400 Austin Avenue
Waco, TX 76701

Darryl Adams
Texas Bar No. 00796101
SLAYDEN GRUBERT BEARD LLC
401 Congress Ave., Ste. 1650
Austin, Texas 78701
dadams@sgbfirm.com

ATTORNEYS FOR
DEFENDANT ROKU, INC.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served on all counsel of record via electronic transmission on September 28, 2020.

/s/ David N. Deaconson