

September 30, 2020

ALEXANDER HADJIS
(703) 413-3000
AHADJIS@OBLON.COM

VIA ECF:

Honorable Alan D. Albright
U.S. District Judge
800 Franklin Avenue, Room 301
Waco, TX 76701

        Re:  *MV3 Partners LLC v. Roku, Inc.*,
             6:18-CV-308, U.S. District Court for the W.D. of Texas

Your Honor:

    Roku is submitting this letter to inform the Court and MV3 Partners that Roku has decided that it will not go forward with its invalidity and inequitable conduct defenses. This decision was made to streamline and simplify the issues that will be presented at trial and to simplify and streamline the case in general. We are available in the event the Court has any questions.

                      With best regards,

                      OBLON, McCLELLAND,
                       MAIER & NEUSTADT, L.L.P.

                      /s/ Alexander J. Hadjis

OBLON, MCCLELLAND, MAIER & NEUSTADT, L.L.P.
1940 DUKE STREET ■ ALEXANDRIA, VIRGINIA 22314 ■ U.S.A.
TELEPHONE: 703-413-3000 ■ FACSIMILE: 703-413-2220 ■ WWW.OBLON.COM