UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

MV3 PARTNERS LLC § 
 § CIVIL NO:
vs. § WA:18-CV-00308-ADA
 §
ROKU, INC. §

# LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Wayne Barr | 1. Scott De Haas |
| 2. David Marshack | 2. Gregory Garner |
| 3. Jared Abbruzzese | 3. Dr. Alan Bovik |
| 4. Steven Sprich - Deposit. | 4. Dr Samuel H. Russ |
| 5. Kevin Bright - Deposit. | 5. Steven Sprich |
| 6. Henry Goldberg - Video | 6. Kevin Bright |
| 7. Greg Walters | 7. Laura O'Laughlin |
| 8. David Mendenhall-Video | 8. Lauren Kindler |
| 9. Dr Dan Schonfeld | 9. |
| 10. Dr M. Laurentius Marais | 10. |
| 11. Roy Weinstein | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |