UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC,<br><br>       Plaintiff,<br>v.<br><br>ROKU, INC.,<br><br>       Defendant. | Civil Action No.: 6:18-cv-00308-ADA<br><br>**JURY TRIAL DEMANDED** |

### ORDER

On this day came on to be considered MV3's Motion For New Trial in the above-titled and numbered civil action, and the Court having now reviewed said motion finds that it is not well taken and should be denied. It is, therefore,

ORDERED that Defendant MV3's Motion For New Trial be denied.

SIGNED this __18th__ day of __December__, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE