# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 05, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-51050   MV3 Partners v. Roku
                    USDC No. 6:18-CV-308

The court has dismissed the above referenced appeal as being erroneously docketed as the notice of appeal was directed to the Federal Circuit.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Melissa Mattingly*
                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Mr. Darryl Adams
Mr. Dan L. Bagatell
Mr. Craig D. Cherry
Ms. Jeannette Clack
Mr. David Nicholas Deaconson
Mr. Alexander J. Hadjis
Mr. Richard D. Milvenan
Mr. Andy Tindel
Mr. Jonathan K. Waldrop