UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MV3 PARTNERS LLC,<br><br>    Plaintiff,<br>v.<br><br>ROKU, INC.,<br><br>    Defendant. | Civil Action No.: W-6:18-cv-00308-ADA<br><br>**JURY TRIAL DEMANDED** |

## ROKU, INC.'S BILL OF COSTS SUBMISSION

As the prevailing party in this litigation, Defendant Roku requests an award of costs in the amount of **$358,022.07**. Roku's costs are enumerated in the attached Bill of Costs form (AO 133), and are explained in further detail in Roku's supporting memorandum filed concurrently

1

herewith.

        Respectfully submitted,

        /s/ Alexander J. Hadjis

        Alexander J. Hadjis (*pro hac vice*)
        Lisa M. Mandrusiak (*pro hac vice*)
        Frank J. West (*pro hac vice*)
        Christopher Ricciuti (*pro hac vice*)
        OBLON, MCCLELLAND, MAIER
        & NEUSTADT, L.L.P.,
        1940 Duke Street
        Alexandria, VA 22314
        ahadjis@oblon.com
        lmandrusiak@oblon.com
        fwest@oblon.com
        cricciuti@oblon.com

        Richard D. Milvenan
        State Bar No. 14171800
        McGINNIS LOCHRIDGE LLP
        600 Congress Avenue, Suite 2100
        Austin, Texas 78701
        rmilvenan@mcginnislaw.com

        David N. Deaconson
        State Bar No. 05673400
        PAKIS, GIOTES, PAGE
        & BURLESON, P.C.
        400 Austin Avenue
        Waco, TX 76701
        (254) 297-7300
        deaconson@pakislaw.com

        Darryl AdamsTexas Bar No. 00796101
        SLAYDEN GRUBERT BEARD LLC
        401 Congress Ave., Ste. 1650
        Austin, Texas 78701
        (512) 402-3562
        dadams@sgbfirm.com

        ATTORNEYS FOR
        DEFENDANT ROKU, INC.

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served on all counsel of record via electronic transmission on January 5, 2021.

/s/ Lisa M. Mandrusiak