**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

MV3 PARTNERS, LLC,

Plaintiff,

v.

ROKU, INC.,

Defendant.

Civil Action No. 6:18-cv-00308-ADA

**BILL OF COSTS JOINT STATUS REPORT**

As instructed by the Court's June 3, 2022, order (ECF No. 433), the parties have agreed on an amount that represents the exact reduction in costs for Roku's deposition costs. The parties agree that the costs associated with the video recordings of witnesses that testified at trial and whose video was not used at trial represents $16,830.00. Therefore, Roku is entitled to $32,624.44 in deposition costs, in addition to the other costs identified in the Court's order. The total costs, taking into account the video recordings reduction, granted by the Court's

order and to which Roku is entitled is **$196,460.69**.

Dated: July 14, 2022

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted *pro hac vice*)
tnguyen@kasowitz.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G Williams (GA Bar No. 764925)
(Admitted *pro hac vice*)
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, GA 30309

Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
STECKLER WAYNE CHERRY & LOVE
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690

ATTORNEYS FOR PLAINTIFF
MV3 PARTNERS, LLC

Respectfully submitted,

/s/ Alexander J. Hadjis
Alexander J. Hadjis (*pro hac vice*)
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6036
ahadjis@jenner.com

Richard D. Milvenan
Texas State Bar No. 14171800
McGINNIS LOCHRIDGE, LLP
1111 W. 6th Street, Suite 400
Austin, TX 78703
rmilvenan@mcginnislaw.com

David N. Deaconson
Texas State Bar No. 05673400
PAKIS, GIOTES, PAGE & BURLESON, PC
400 Austin Avenue
Waco, TX 76701
(254) 297-7300
deaconson@pakislaw.com

Darryl Adams
Texas State Bar No. 00796101
SLAYDEN GRUBERT BEARD, LLC
401 Congress Avenue, Suite 1650
Austin, TX 78701
(512) 402-3562
dadams@sgbfirm.com

ATTORNEYS FOR
DEFENDANT ROKU, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Tyler J. Edwards
Tyler J. Edwards